606 A.2d 898

**COMMONWEALTH of Pennsylvania, Appellant/Cross-Appellee,**

v.

**Richard Lee OLDS, Appellee Cross-Appellant.**

Supreme Court of Pennsylvania.

Submitted March 9, 1992.

Decided May 15, 1992.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal Alexander Mericli, Asst. Dist. Atty., Pittsburgh, for appellant in No. 93 and appellee in No. 94.

Robert A. Crisanti (Court-appointed), for appellant in No. 94 and appellee in No. 93.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

28

ORDER

PER CURIAM.

In light of *Commonwealth v. White*, 515 Pa. 348, 528 A.2d 596 (1987), and *Commonwealth v. Dunbar*, 503 Pa. 590, 470 A.2d 74 (1983), the Order of the Superior Court, 409 Pa.Super. 656, 589 A.2d 1176, remanding the case to the Court of Common Pleas is reversed and the conviction is affirmed.